IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. RAILROAD RETIREMENT BOARD,<br><br>Defendant. | **8:24CV51**<br><br><br>**ORDER ON NOTICE OF VOLUNTARY DISMISSAL** |

This case is before the Court on Plaintiff's Notice of Voluntary Dismissal. Filing 68. In the procedural posture of this case, Plaintiff's voluntary dismissal requires a court order. Fed. R. Civ. P. 41(a)(1)(A)(i). Federal Rule of Civil Procedure 41 provides further, "Except as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). The Court concludes that dismissal without prejudice is proper, and Plaintiff does not request otherwise. Accordingly,

IT IS ORDERED that Plaintiff's Notice of Voluntary Dismissal, Filing 68, is granted, and this action is dismissed without prejudice.

The Clerk of Court shall close the case.

Dated this 8th day of May, 2026.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1